**GROSS' GUARDIAN v. GROSS' GUARDIAN et al.**

Court of Appeals of Kentucky.

(Decided Nov. 17, 1936.)

C. B. SPICER and GRANNIS BACH for movant.

A. H. PATTON and WILLIAMS & ALLEN, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**RUTHERFORD v. PAULEY.**

Court of Appeals of Kentucky.

(Decided Dec. 4, 1936.)

J. A. RUNYON for movant.

E. J. PICKLESIMER, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**LOUISVILLE & NASHVILLE RAILROAD COMPANY v. LUCAS AND E. C. LANSDEN.**

Court of Appeals of Kentucky.

(Decided Dec. 15, 1936.)

PENTECOST & DORSEY, ASHBY M. WARREN and J. MILLER WHITE for movant.

HENSON & TAYLOR, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.